UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>                v.<br><br>BALLY TOTAL FITNESS HOLDING CORPORATION,<br><br>                Defendant. | Civil Action 08-00348 (HHK) |

**ORDER**

The United States Securities and Exchange Commission ("SEC") has filed a complaint against Bally Total Fitness Holding Corporation ("Bally") in which the SEC contends that Bally engaged in fraudulent accounting practices. The SEC has presented the court with a proposed final judgment, and Bally has consented to this proposed final judgment. This proposed final judgment enjoins Bally and individuals associated with Bally from violating various sections of the Securities Act of 1933 and the Securities Exchange Act of 1934, as well as rules promulgated thereunder.

It is this 6th day of March, 2008, hereby

**ORDERED** that the parties shall submit briefing on: (1) what principles of law govern the court's review of the proposed final judgment and (2) why the court should enter the proposed final judgment. The briefing shall be submitted by no later than March 28, 2008.

                                                                           Henry H. Kennedy, Jr.
                                                                           United States District Judge