IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Bally Total Fitness Holding Corp.,<br><br>*Defendant*. | CIVIL ACTION 08-00348 (HHK) |

**Certificate Required by LCvR 7.1 of the Local Rules**
**of the United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Bally Total Fitness Holding Corporation ("Bally"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Bally which have any outstanding securities in the hands of the public

These representations are made in order that the judges of this Court may determine the need for recusal.

Dated: March 28, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
   William R. Baker, III
   J. Christian Word


By /s/ J. Christian Word
   J. Christian Word (D.C. Bar 461346)
   555 11th Street, N.W. Suite 1000
   Washington, D.C. 20004
   Tel: 202-637-2200
   Fax: 202-637-2201
   Email: Christian.Word@lw.com
   Attorneys for Defendant
   Bally Total Fitness Holding Corp.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2008, I filed the foregoing 7.1 Disclosure Certificate using the Court's CM/ECF system, which will send electronic notification of such filing to the following:

Alan M. Lieberman
liebermana@sec.gov

/s/ J. Christian Word